

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00315-CV

**IN RE** Juan **FERDIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Irene Rios, Justice

Delivered and Filed:  August 22, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On May 15, 2018, relator filed a petition for writ of mandamus and a motion for an emergency stay of the underlying proceedings pending resolution of this mandamus proceeding. After we granted the stay, the real party in interest filed a response.  After considering the petition and response, this court concludes relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 16-03-0246-CVA, styled *Juan Ferdin v. Salinas Construction Technologies, Ltd.*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Dick Alcala presiding.